

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2014

No. 04-14-00558-CV

Edna A. **MARTINEZ**,
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 8, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court